

KREKELER STROTHER, S.C.

ATTORNEYS AT LAW

J. DAVID KREKELER
jdkrek@ks-lawfirm.com

GEORGE B. STROTHER IV
strother@ks-lawfirm.com

KRISTIN J. SEDERHOLM
ksederho@ks-lawfirm.com

LISA K. LIETZ-RAY
llietzra@ks-lawfirm.com

BRIANE F. PAGEL, JR.
bpagel@ks-lawfirm.com

ROSE M. YANKE
ryanke@ks-lawfirm.com

MICHAEL P. McCORMICK
mikem@ks-lawfirm.com

November 12, 2005

Eastern District of Wisconsin Clerk of Courts
362 United States Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

**RE:** **No reply brief, *Dietzen v. Wolpoff & Abramson et al.***
Case no: 05 CV 243
Our file no: 4515.002

Dear Clerk,

Because the defendants' brief on our motion for default judgment does not raise any issues not already addressed by our motion and brief, no reply will be filed.

Very truly yours,

Krekeler Strother, S.C.

By: Attorney Briane F. Pagel, Jr.

C:
Mr. Michael Dietzen
Atty. Michael Klutho

15 NORTH PINCKNEY STREET, SUITE 200 • P.O. BOX 828 • MADISON, WISCONSIN 53701-0828 • (608) 258-8555 • FAX (608) 258-8299
www.ks-lawfirm.com