# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

MICHAEL DIETZEN,

       Plaintiff,

       v.                      Case No. 05-C-0243(E)

WOLPOFF & ABRAMSON LLP,
MBNA AMERICA BANK NA,
RONALD CANTER,
NEAL LEVITSKY,
ATTORNEY JAMES DAY,
RAUSCH STURM ISRAEL & HONRIK,

       Defendants.

---

This action came before the court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed without prejudice.

APPROVED:    s/ C. N. Clevert, Jr.
                       C. N. CLEVERT, JR.
                       U. S. District Judge

                                          SOFRON B. NEDILSKY
                                          Clerk

            January 25, 2006           s/ Kristine Wilson Brah
            Date                            (By) Deputy Clerk